IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02520-PAB-MEH

ZUHAIR MAHD,

    Plaintiff,

v.

MICHAEL CHERTOFF, Secretary, Department of Homeland Security,
JONATHAN SCHARFEN, Acting Director, United States Citizenship and Immigration Services, and
ROBERT MATHER, District Director, Denver Office, United States Citizenship and Immigration Services,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 27, 2009.**

    The Joint Motion to Modify Minute Order Entered January 28, 2009 [filed February 26, 2009; docket #11] is **granted**. The Order will be modified to reflect that dismissal papers shall be filed within ten days after the Defendant has issued a decision regarding Plaintiff's pending naturalization application.